**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re EDWIN JAY HUTCHISON,                    No. C 12-3912 CW (PR)

        Plaintiff.                          ORDER OF DISMISSAL WITHOUT
                                              PREJUDICE

_____/

     This action was opened on July 26, 2012, when a letter sent by Plaintiff to Judge Thelton Henderson was construed as an attempt by Plaintiff to file a civil rights action under 42 U.S.C. § 1983.

     On the same day the action was opened, the Clerk of the Court sent a notice to Plaintiff, informing him that he must file his claims on a civil rights complaint form.  The Clerk also sent Plaintiff a notice informing him that his case could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> (IFP) application.  The Clerk sent Plaintiff a blank civil rights complaint form as well as a blank IFP application and told him that he must submit these documents within thirty days or his action would be dismissed.

     More than thirty days have passed and Plaintiff has not filed the necessary documents.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

     The Clerk of the Court shall close the file.

     IT IS SO ORDERED.

Dated: 8/31/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE