IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re EDWIN JAY HUTCHISON,  No. C 12-3912 CW (PR)

      Plaintiff.  JUDGMENT
_____/

    The Court has dismissed this action without prejudice because Plaintiff failed to file a civil rights complaint and to complete the <u>in forma pauperis</u> application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 8/31/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE